UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GROVER H. DAVIS,

      Plaintiff,

Case No. 1:07-CV-778

v.

Hon. Richard Alan Enslen

ST. JOSEPH COUNTY SHERIFF
DEPARTMENT, *et al.*,

**ORDER**

      Defendants.
_____/

Plaintiff Grover H. Davis, proceeding *pro se*, has moved to assert privilege as to unspecified confidential communications. The whole of his motion states: "I, Grover H. Davis, would like to assert my right to privilege in regards to all communications, confidential information, to be protected under all laws to [sic] privilege." (Request for Privilege, 1.)

While the Court does have authority to make *in limine* rulings regarding privileged communications, Plaintiff's motion misunderstands the procedures for doing so. Blanket assertions of privilege are not permitted under federal law. *Bank One of Cleveland, N.A. v. Abbe*, 916 F.2d 1067, 1077 (6th Cir. 1990); *United States v. El Paso Co.*, 682 F.2d 530, 539 (5th Cir. 1982).

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Grover H. Davis' Request for Privilege (Dkt. No. 27) is **DENIED**.

DATED in Kalamazoo, MI:
    January 9, 2008

     /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE