UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GROVER H. DAVIS,

                                            Case No. 1:07-CV-778

        Plaintiff,

v.                                         Hon. Richard Alan Enslen

ST. JOSEPH COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

                                        **ORDER**

        Defendants.
_____/

Plaintiff Grover H. Davis has moved for entry of a default judgment.  The motion follows the entry of Defendants' Answer on October 16, 2007 such that default under Federal Rule of Civil Procedure 55 is inappropriate.  *See* Fed. R. Civ. P. 55(a).  While Plaintiff argues that default is an appropriate Rule 16(f) sanction, the Magistrate Judge did not employ that sanction and her previous Order was not clearly erroneous or contrary to law.  *See* 28 U.S.C. § 636(b)(1)(A). Therefore,

        **IT IS HEREBY ORDERED** that Plaintiff Grover H. Davis' Motion for Default Judgment (Dkt. No. 40) is **DENIED.**

                                           /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:           RICHARD ALAN ENSLEN
     February 12, 2008            SENIOR UNITED STATES DISTRICT JUDGE