UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GROVER DAVIS,

    Plaintiff,

Case No. 1:07-CV-778

v.

Hon. Richard Alan Enslen

ST. JOSEPH COUNTY SHERIFF,
*et al.*,

**ORDER**

    Defendants.
_____/

    Plaintiff Grover Davis has moved for leave to appeal *in forma pauperis*. Plaintiff is a non-prisoner who is appealing the dismissal of a suit pertaining to his treatment while he was housed as a detainee at the St. Joseph County Jail. Plaintiff's supporting Affidavit shows him to be indigent within the meaning of Federal Rule of Appellate Procedure 24 and 28 U.S.C. § 1915(a)(1). Further, Plaintiff meets the liberal requirements for *in forma pauperis* motions described in such cases as *Owens v. Keeling*, 461 F.3d 763, 776 (6th Cir. 2006) (citing *Spotts v. United States,* 429 F.3d 248, 250 (6th Cir.2005) and *Haines v. Kerner,* 404 U.S. 519, 520 (1972)) and *McGore v. Wrigglesworth*, 114 F.3d 601, 613 (6th Cir. 1997) (describing process applicable to non-prisoners).

    **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Grover Davis' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. No. 92) is **GRANTED** and Plaintiff's Notices of Appeal filed on July 28, 2008 (Dkt. Nos. 87-91) are **ACCEPTED FOR FILING** without prepayment of the appellate filing fees.

Dated: August 4, 2008             /s/ Richard Alan Enslen
                                                               RICHARD ALAN ENSLEN
                                                               Senior United States District Judge